# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| TUAN TRAN, | CASE NO. 11cv1521-LAB |
|---|---|
| Plaintiff, | **ORDER REMANDING CASE** |
| vs. | |
| CAPITAL HOLDINGS, INC, a California corporation, et al., | |
| Defendants. | |

Pursuant to Plaintiff's ex parte motion and the Defendants' statement of non-opposition, Plaintiff's RICO claims are dismissed with prejudice, and this case is remanded to state court. *See Pham v. Capital Holdings*, Case No. 10 CV 971, Dkt. No. 39 at 10 (dismissing identical RICO claims with prejudice and contemplating dismissal for lack of jurisdiction). The Clerk is directed to close this case.

**IT IS SO ORDERED**.

DATED: September 6, 2011

*[signature]*

**HONORABLE LARRY ALAN BURNS**
United States District Judge